IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN LAVON SMILEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-CV-50-WKW |
| JEANNIE GIBSON, | ) |
| Defendant. | ) |

## ORDER

On March 10, 2022, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED.

2. This case is DISMISSED without prejudice for (1) failure to either pay the filing fee or move for leave to proceed *in forma pauperis* and (2) for failure to comply with court orders.

3. Plaintiff's motion to amend (Doc. # 3) is DENIED as moot.

A final judgment will be entered separately.

DONE this 31st day of March, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE